

FILED
JAMES J. VILT, JR. - CLERK

MAY 20 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA

v.

**JONATHAN BROWN**
**JONATHAN STALLINGS**

INDICTMENT

NO.   4:21CR-10-JHM

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Possess with Intent to Distribute a Controlled Substance)*

Beginning on a date unknown to the Grand Jury, but at least as early June 2020, and continuing up to and through October 9, 2020, in the Western District of Kentucky, Daviess County, Kentucky, and elsewhere, **JONATHAN BROWN** and **JONATHAN STALLINGS**, defendants herein, knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2
*(Distribution a Controlled Substance)*

On or about October 8, 2020, in the Western District of Kentucky, Daviess County, Kentucky, **JONATHAN BROWN**,  a defendant herein, knowingly and intentionally distributed and distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, and the use of such substances resulted in the death and serious bodily injury of another person, A.H.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

As a result of committing an offense in Title 21, United States Code, Section 841, a felony punishable by imprisonment for more than one year, **JONATHAN BROWN** and **JONATHAN STALLINGS**, defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violations, and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Information, pursuant to Title 21, United States Code, Section 853, including, but not limited to: $2374.00 in United States currency, $208.00 in United States currency, a Jennings, .22 caliber semi-automatic pistol, bearing serials number 738573, a Phoenix Arms, .22 caliber, semi-automatic pistol, bearing serial number 4543444, a Colt, Model U.S. Survival, .22 caliber rifle, bearing serial number USO17392C,  an SSS, Model P938, .22 caliber pistol, serial number 52B159252, a Springfield

Armory, model 911, 9 millimeter semiautomatic pistol, bearing serial number CN63835, a BHT, model Carbon-15, .223 caliber rifle, bearing serial number BK3011659, and all ammunition recovered with the firearms.

A TRUE BILL.

**REDACTED**

FOREPERSON

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:FED:05202021

UNITED STATES OF AMERICA v. **JONATHAN BROWN** and **JONATHAN STALLINGS**

## P E N A L T I E S

Counts 1 and 2:     NM 20yrs./$1,000,000.00/both/NL 3 yrs. Supervised Release
                    (If death or serious physical injury resulted: NL 20yrs./NM Life/$1,000,000/both/NL 3 yrs. Supervised Release)
Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  |  |  |  |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|  | $125 per count/other |  | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.     **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

       For offenses occurring after December 12, 1987:

       No **INTEREST** will accrue on fines under $2,500.00.

       **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

       **PENALTIES** of:

       10% of fine balance if payment more than 30 days late.

       15% of fine balance if payment more than 90 days late.

2.     Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.     Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

       If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.